
**EXHIBIT 2**

# Baker Hughes Oilfield Operations, Inc.

**BAKER HUGHES**

Date 13-Dec-2016     Page 1 of 3     **Invoice**     Number: 907613013

**Bill-to Address**
AHTNA ENVIRONMENTAL INC
110 W 38TH AVENUE, SUITE 200B
ANCHORAGE AK 99503-5877
USA

**Ship-to Address**
AHTNA 1
VALDEZ
VALDEZ AK 99686
USA

**General Information**
| | |
|---|---|
| Amount Due: | 89,722.25 USD |
| Terms of Payment: | 30 Days Net |
| Payment Due Date: | 12-Jan-2017 |
| Terms of Delivery: | EXW OUR PLANT |
| Mode of Transport: | Truckload |
| Product Line: | 70 |
| Payer Number: | 20069014 |

**Well Data**
Well Name: AHTNA
Well Number: 1
Rig/Platform: SAXON 169
State/Country: Alaska / USA
County/Parish: VALDEZ

BHI Well Ref. No.: 61175875

**Contact Information**
Baker Hughes Oilfield Operations, Inc.
51950 Dolores DR
NIKISKI AK 99635
USA
Contact: Holly Thompson Email ID: Holly.thompson@bakerhughes.com
Tel: +1 907-267-3447

Code# 5909245

| Item | Material | Description | Quantity | Unit Price | Extended Price (USD) |
|---|---|---|---|---|---|
| Order: 8292495 from 03-Dec-2016 | | | | | |
| Delivery note: 812924085 from 13-Dec-2016 | | | | | |
| Purch. order no.: 5909245 from 04-Dec-2016 | | | | | |
| 000010 | H296420046 | OBS S/S H296420070 ECN E128-15 ZXPN LINER PACKER W/HRD-E PROFILE 5.000 IN 18.00 LB/FT VAM TOP HT BOX DOWN 07.000 IN 26.0-29.0 LB/FT CSG 5.750 IN EXT OD 5.250 IN EXT ID 10.00 FT EXT LG 22RC, 80 KSI MYS (API 5CT) EXT 5.969 IN OD 4.195 IN ID (MUST DRIFT 4.151) 4.250 IN PKOFF DIA 25,000 LBS SETTING FORCE 4.862 OD COLLET (H078298500) 80 KSI MYS (API-5CT) | | | |
| | | Sale Price | 1 EA | 9,899.00 | 9,899.00 |
| 000020 | HNB131214N | LH, NON-BAKER XOVR NON-BAKER CROSSOVER | | | |
| | | Sale Price | 1 EA | 3,000.00 | 3,000.00 |

Please remit USD checks to: Baker Hughes, PO BOX 301057, Dallas, TX 75303-1057.
Wire Transfers to: JP Morgan Chase Bank, ABA # 021000021 Swift Code: CHASUS33, A/C 00100002022.
ACH payments to: JP Morgan Chase Bank, ABA # 111000614, A/C 00100151217.
Please email remittance advices to: ARCCCASHAPPLICATION@BAKERHUGHES.COM


| Item | Material | Description | Quantity | Unit Price | Extended Price (USD) |
|---|---|---|---|---|---|
| 000030 | H294101433 | LH FLX IV HYD ASSY, NON-ROT 5"18#/VTHT 07 LINER HANGER FLEX-LOCK IV HYDRAULIC ASSEMBLY NON-ROT 5.000 IN 18.00 LB/FT VAM TOP HT PIN UP 5.000 IN 18.00 LB/FT VAM TOP HT PIN DOWN 07.000 IN 26.0-32.0 LB/FT CSG 5.924 IN OD 4.176 IN ID 1,251-1,690 PSI SHEAR 15% SHEAR SCREWS 10.00 FT LG KIT MOUNTED ON TOP 22RC, 80 KSI MYS (API 5CT) BDY 22RC, 80 KSI MYS (API 5CT) KIT Sale Price | 1 EA | 9,122.00 | 9,122.00 |
| 000040 | H274101088 | LC, TYP 1 4.5" 12.6# BUTTTBG 22RC, 80 KS LANDING COLLAR TYPE I 4.500 IN 12.60 LB/FT BUTT (TUBING) BOX UP 4.500 IN 12.60 LB/FT PIN DOWN 5.220 IN OD 22RC, 80 KSI MYS Sale Price | 1 EA | 2,188.00 | 2,188.00 |
| 000050 | H269210048 | LWP, TYP I 04.5"12.6-15.1#CSG NIT SL LINER WIPER PLUG TYPE I 04.500 IN 12.6-15.1 LB/FT CSG 4.220 IN OD 1.641 IN ID 1.844 IN PDP NOSE OD NITRILE SEAL Sale Price | 1 EA | 1,817.00 | 1,817.00 |
| 000060 | H270200056 | PDP, 1.8"PDP NS OD NIT SL 5.1"OD W/PHENO PUMP DOWN PLUG 5.130 IN OD 1.844 IN PDP NOSE OD F/4.892 IN MAX CSG ID F/2.000 IN MIN CSG ID 3 FINS NITRILE SEAL W/PHENOLIC INSERT W/SLIP Sale Price | 1 EA | 626.00 | 626.00 |
| 000070 | H453010085 | LTSA, 80-40 GBH-22 LOCATOR TUBING SEAL ASSEMBLY 80-40 4.020 IN SEAL OD 2.975 IN ID 41XX OR L80 STEEL 80 MYS NACE 3.500 IN 9.20 LB/FT EU 8RD MOD BOX UP 1/2 MULESHOE 152.745 IN LG Sale Price | 1 EA | 8,543.00 | 8,543.00 |
| 000080 | 10001345 | ZW3  Field Specialist-Liner Hanger Liner Hanger Service Technician C.Guenther 11/22 - 12/4 Service - Tool Supervisor - Liner Hangeror ECP | 13 EA | 2,200.00 | 28,600.00 |
| 000090 | H024747203 | SBE BMS-A089 80-40 SEAL BORE EXTENSION 20.00 FT LG 41XX OR L80 STEEL 80 MYS NACE Sale - Package | 1 EA | 6,000.00 | 6,000.00 |



**Baker Hughes Oilfield Operations, Inc.**

Date 13-Dec-2016     Page 3 of 3

**Invoice**
Number: 907613013

| Item | Material | Description | Quantity | Unit Price | Extended Price (USD) |
|---|---|---|---|---|---|
| 000100 | H265340033 | ZB3 OBS S/S H265340033RT ECN N467-11 SETTING TOOL HYDRAULIC LINER TOP PACKER 3.500 IN NC38 BOX UP 3.500 IN NC38 PIN DOWN F/5.000 IN LINER OD 5.673 IN OD 2.000 IN ID 5.250 IN EXT ID 1,261-1,733 PSI SHEAR 110 KSI MYS | | | |
| | | Rental - Per Run | 1 EA | 9,210.00 | 9,210.00 |
| | | Customer Discount | | 35.00-% | 3,223.50- |
| | | Net Value for Item | | | 5,986.50 |
| 000110 | 10005142 | Rental Tools for Hyd Liner Hngr 4 1/2- 5 Rental Tools for Hyd Liner Hngr 4 1/2- 5 | | | |
| | | Rental - First 5 Days | 1 EA | 15,995.00 | 15,995.00 |
| | | Customer Discount | | 35.00-% | 5,598.25- |
| | | Net Value for Item | | | 10,396.75 |
| 000120 | 10009204 | 5" BTCM Coupling Sale of 5" BTCM Coupling | | | |
| | | Sale - Package | 1 EA | 500.00 | 500.00 |
| 000130 | 10009204 | Cross-Over 5" 18# BTC x 4.5"12.6# DWC P! Sale of 5.00" 18# BTC Box x 4.500" 12.6# Crossover built by BHI Machine Shop | | | |
| | | Sale - Package | 1 EA | 3,244.00 | 3,244.00 |

|  |  |
|---|---|
| Total Sales | 44,739.00 |
| Total Services | 28,600.00 |
| Total Rental | 25,205.00 |
| Total Charges | 98,544.00 |
| Total Adjustments | 8,821.75- |
| Sub Total | 89,722.25 |
| Final Amount (USD) | 89,722.25 |



# Baker Hughes Oilfield Operations, Inc.

**Date** 11-Jan-2017  Page 1 of 1

# Invoice
Number: 907685114

**Bill-to Address**
AHTNA ENVIRONMENTAL INC
110 W 38TH AVENUE, SUITE 200B
ANCHORAGE AK 99503-5677
USA

**Ship-to Address**
AHTNA 1
VALDEZ
VALDEZ AK 99686
USA

**General Information**
| | |
|---|---|
| Amount Due: | 6,012.50 USD |
| Terms of Payment: | 30 Days Net |
| Payment Due Date: | 10-Feb-2017 |
| Terms of Delivery: | EXW OUR PLANT |
| Mode of Transport: | Truckload |
| Product Line: | 70 |
| Payer Number: | 20069014 |

**Well Data**
Well Name: AHTNA
Well Number: 1
Rig/Platform: SAXON 169
State/Country: Alaska / USA
County/Parish: VALDEZ

BHI Well Ref. No.: 61175875

**Contact Information**
Baker Hughes Oilfield Operations, Inc.
51950 Dolores DR
NIKISKI AK 99635
USA
Contact: Holly Thompson Email ID: Holly.thompson@bakerhughes.com
Tel: +1 907-267-3447

AFE# O5IC3

| Item | Material | Description | Quantity | Unit Price | Extended Price (USD) |
|---|---|---|---|---|---|
| Order: 8358366 from 11-Jan-2017 | | | | | |
| Purch. order no.: O5IC3 from 11-Jan-2017 | | | | | |
| 000010 | 10286344 | ZL1 Machinst-Fishing<br>Labor to :<br>Recut Qty 2- 4 1/2 IF Pins 2 Hrs Each<br>Recut Qty 2- 4 1/2 IF Boxes 2 Hrs Each<br>Refaced Qty 2 - CDS40 Connections 1 Hr Each<br>Refaced Qty 3- 4"FH Connections 1 Hr Each<br>Recut Qty 1- 6 5/8 Reg Pin W/ Stress Relief 2.5Hrs.<br>Labor - Hourly (Regular rate) | 21.5 EA | 175.00 | 3,762.50 |
| 000020 | 10286344 | ZL2 Machinst-Fishing<br>License/Gauge Fee for CDS40 Qty 6<br>Labor - Hourly (Overtime rate) | 6 EA | 375.00 | 2,250.00 |
| | | Total Services | | | 6,012.50 |
| | | Final Amount (USD) | | | 6,012.50 |

Please remit USD checks to: Baker Hughes, PO BOX 301057, Dallas, TX 75303-1057.
Wire Transfers to: JP Morgan Chase Bank, ABA # 021000021 Swift Code: CHASUS33, A/C 00100002022.
ACH payments to: JP Morgan Chase Bank, ABA # 111000614, A/C 00100151217.
Please email remittance advices to: ARCCCASHAPPLICATION@BAKERHUGHES.COM