Erik LeRoy
**Erik LeRoy, P.C.**
500 L. Street, 302
Anchorage, AK 99501
(907) 277-2006

*Attorneys for Plaintiff*
*Baker Hughes Oilfield Operations, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| *Baker Hughes Oilfield Operations, Inc.*, <br><br> Plaintiff, <br><br> v. <br><br> *Ahtna Environmental, Inc.*, <br> Defendant. | 3:17-cv-00140-SLG <br><br> **NOTICE OF DISMISSAL OF ACTION BEFORE ANSWER** <br> **[F.R.Civ.Pro. 41(a)(1)]** |

Plaintiff Baker Hughes Oilfield Operations, Inc. dismisses this Action pursuant to Federal Rule of Civil Procedure 41(a)(1).

July 10, 2017                                                            Respectfully Submitted,


By:  /s/ Erik LeRoy

**Erik LeRoy, P.C.**
500 L. Street, 302
Anchorage, AK 99501
(907) 277-2006

Attorney for Plaintiff Baker Hughes Oilfield Operations, Inc.